UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>FRANCISCO GARCIA, ELOY GARCIA, EFRAIN GARCIA, and NABOR GARCIA,<br><br>Defendant(s). | 2:10-CR-454 JCM (GWF) |

**ORDER**

Presently before the court is defendant Nabor Garcia's motion for return of property. (Doc. # 163).

On February 2, 2012, the defendant was sentenced to 24 months custody followed by three years of supervised release. The defendant has completed his term of incarceration and is presently serving his term of supervised release.

In the instant motion defendant seeks the return of his passport, which is currently in the possession of pretrial services. Defendant represents that he has family in Mexico and would like to visit them after the completion of his supervised release or at some point during the term of his supervised release.

The court finds no justification for returning defendant's passport to him at this time. As he acknowledges in his motion, any travel out of the country while on supervised release would require

**James C. Mahan**
**U.S. District Judge**

1  the permission of the probation department.  If the defendant so desires to travel to Mexico, he may
2  request his passport at the same time he requests permission to travel.
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for
5  return of property (doc. # 163) be, and the same hereby is, DENIED.
6      DATED May 14, 2014.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -